AO 442 (Rev. 12/85) Warrant for Arrest

FILED 5D 292
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 19 1999

USM

# United States District Court
## DISTRICT OF New Mexico

*[signature]* CLERK

UNITED STATES OF AMERICA
V.

PETER JOE

## WARRANT FOR ARREST

CASE NUMBER: 99-1264-M
99-031-MG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___PETER JOE___
                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

the unlawful killing of MAXINE BURTON, a Navajo female, on the Navajo Indian Reservation with malice aforethought

in violation of Title ___18___ United States Code, Section(s) ___1153, 1111___

___Robert W Ionta___                         ___US Magistrate___
Name of Issuing Officer                       Title of Issuing Officer

___[signature]___                             ___Gallup, NM, 5/11/99___
Signature of Issuing Officer                  Date and Location

Bail fixed at $ _____   by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| Subject arrested by FBI in Sheepsspring, New Mexico. |

| DATE RECEIVED 05/12/99 | NAME AND TITLE OF ARRESTING OFFICER  FBI | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 05/12/99 | | |

